UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  13-60556-CIV-Cohn/Garber

DAWN BELL,
      Plaintiff,

v.

CAROLYN W.  COLVIN,
Commissioner of Social Security,
      Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court by Order of Reference from United States District Judge James I. Cohn.  The Court has considered the submissions of the plaintiff and the applicable law.

## FACTUAL BACKGROUND AND DISCUSSION

The plaintiff filed her Complaint [DE 1] on March 11, 2013 and an Application to Proceed in District Court Without Prepaying Fees or Costs on March 11, 2013 [DE 4].  On March 26, 2013 the Court entered an Order [DE 5] requiring the plaintiff to file an Amended Complaint on or before 20 days from the date of said Order.  The Complaint failed to set forth any rulings by the Administrative Judge or the Appeals Council which would constitute an exhaustion of administrative remedies.

On April 15, 2013 the plaintiff filed an Amended Complaint [DE 6].  The plaintiff has not set forth the basis for this Court's jurisdiction in this cause.  The Court then ordered the plaintiff to file a Second Amended Complaint, which was filed by the plaintiff on June 20, 2013 [DE 10]. Again, plaintiff's Second Amended Complaint is lacking the necessary allegations regarding jurisdiction.

The undersigned contacted the Volunteer Lawyers' Project (VLP) to determine if plaintiff qualified for representation by that group.  The VLP wrote to the plaintiff, asking her to contact them to determine whether she qualified for such representation.  The Court has been advised that plaintiff has failed to contact the VLP.

## **RECOMMENDATION**

For reasons set forth above and based upon the Court's review of the record, and consideration of the submissions of the parties, the undersigned respectfully

RECOMMENDS that the Plaintiff's Second Amended Complaint be DISMISSED WITH PREJUDICE.

The parties have fourteen (14) days from the date of this Report and Recommendation within which to file written objections, if any, with United States District Judge James I. Cohn.  See 28 U.S.C. §636 (1991).  Failure to file timely objections may bar the parties from attacking on appeal the factual findings contained herein.  LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958 (1988).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 25th day of June 2013.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE