UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60556-CIV-COHN/GARBER

DAWN BELL,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 11] ("Report") filed by United States Magistrate Judge Barry L. Garber concerning the submissions of Plaintiff Dawn Bell. The Court has conducted a *de novo* review of the record in this case, including the Report, the Complaint [DE 1], the Amended Complaint [DE 6], the Second Amended Complaint [DE 10], and is otherwise fully advised in the premises. Neither party has filed objections to the Report, and the time for filing such objections has expired. Judge Garber recommends dismissal of this action due to Plaintiff's repeated failure to set forth the basis for the Court's jurisdiction over this case. Upon review of the record and the Report, the Court agrees with Judge Garber's findings and recommendations. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    The Report and Recommendation [DE 11] is **ADOPTED**;

    2.    Plaintiff Dawn Bell's Second Amended Complaint [DE 10] is **DISMISSED with prejudice**;

3. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of August, 2013.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF.

Dawn D. Bell, *pro se*
5420 NE 22 Terrace
Apt. 25
Fort Lauderdale, FL 33308